IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

United States of America,

    Plaintiff,                    No. 3:11CR30020-001-DRH

    v.

Robert L. Cummings, Sr.,

    Defendant,
==================================
Illinois Municipal Retirement Fund,

    Garnishee.

## ORDER

**HERNDON, CHIEF JUDGE:**

Upon motion of the United States of America (Doc. 21), pursuant to Rule 41(a)(2) or the Federal Rules of Civil Procedure, and for good cause shown, it is hereby **ORDERED** the Garnishment in this cause be and the same is hereby **DISMISSED**.

**IT IS SO ORDERED**.

**DATED:** September 12, 2011

Digitally signed by David R. Herndon
Date: 2011.09.12 09:48:41 -05'00'

_____
**Chief Judge
United States District Court**